Christine E. Baur, State Bar No. 207811
**LAW OFFICE OF CHRISTINE E. BAUR**
4653 Carmel Mountain Road, Suite 308 #332
San Diego, CA  92130
Telephone:  (858) 350-3757
Facsimile: (858) 876-9480

Attorneys for Leidos, Inc.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>SULLIVAN INTERNATIONAL GROUP, INC.,<br><br>　　　　　Debtor.<br> | Case No. 15-02281-LT7<br><br>Chapter 7<br><br>Adversary No. 17-90077-LT |
| CHRISTOPHER R. BARCLAY,<br>chapter 7 trustee<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEIDOS, INC.,<br><br>　　　　　Defendant. | **DEFENDANT LEIDOS, INC.'S STATUS REPORT**<br><br>Continued Status Conference:<br>Date:   July 24, 2017<br>Time:  3:00 p.m.<br>Dept:   3<br>Judge:  Hon. Laura S. Taylor |

　　　　Defendant Leidos, Inc. ("Leidos") files this Status Report in connection with the continued Status Conference in this adversary proceeding.  Since the original Status Conference, Leidos renewed its efforts to consensually resolve this matter and reached out to the Trustee in a timely manner in that regard.  As set forth in the Plaintiff's Status Report (ECF. No. 17), Leidos concurs that the parties are very close to achieving settlement.  Based thereon, Leidos respectfully joins the Trustee's request for a brief continuance of approximately one week of the Status Conference.

1

| | |
|---|---|
| Dated: July 21, 2017 | LAW OFFICE OF CHRISTINE E. BAUR |
| | By: /s/ Christine E. Baur |
| | Christine E. Baur |
| | Attorneys for Leidos, Inc. |

**PROOF OF SERVICE**

I work in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 4653 Carmel Mountain Road, Suite 308 #332, San Diego, California 92130.

On the date of execution below, I served the following document(s), described as:

**DEFENDANT LEIDOS, INC.'S STATUS REPORT**

in the following manner:

X    **by NOTICE OF ELECTRONIC FILING** I delivered a true copy of the above referenced document(s) by Notice of Electronic Filing generated by the Court's CM/ECF system, to all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number, including the parties identified below.

Christopher Barclay
admin@crb7trustee.com, qcrbarclay2@ecf.epiqsystems.com, mlcunanan@crb7trustee.com

Jesse S. Finlayson on behalf of Plaintiffs Christopher Barclay
jfinlayson@ftrlfirm.com, wmills@ftrlfirm.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 21, 2017 at San Diego, California.

_/s/ Christine E. Baur___